## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JANICE L. HENSHAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 05-CV-559-PJC** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner,** | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. 19), it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 24th day of May, 2006.

Paul J. Cleary
United States Magistrate Judge